PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Carlos Saavedra Rivera

Defendant(s)

CRIMINAL NO. 08mj8065

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Salvador Ramirez-Olivera

DATED: 2/1/08

Barbara Lynn Major

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA
2008 FEB -4 A 11:16

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ______________
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082