**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Carlos Soto [illegible]

Defendant(s)

CRIMINAL NO. 08mj8065

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Rodolfo Olivera-Vasquez

RECEIVED 2008 FEB -4 A 11:16 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

DATED: 2/1/08

**Barbara Lynn Major**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by [signature]

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082